**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| KIMBERLY HOSKIN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 4:26-cv-00720-JAR |
| | ) | |
| STATE OF MISSOURI, | ) | |
| | ) | |
| Respondent. | ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court for review of the file. On September 23, 2026, the Court ordered Petitioner to pay the filing fee or file a motion for leave to proceed *in forma pauperis* no later than October 14, 2026. (Doc. 2). The Court warned Petitioner that if she failed to comply, the Court would dismiss her case without prejudice and without further notice. *Id.* To date, Petitioner has not complied with that order or requested more time to do so.

"A district court has the power to dismiss a litigant's cause of action when the litigant fails to comply with the court's orders." *Hutchins v. A.G. Edwards & Sons, Inc.*, 116 F.3d 1256, 1259 (8th Cir. 1997). Because Petitioner did not comply with the Court's September 23, 2026 order, the Court dismisses this action without prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that this case is **DISMISSED** without prejudice. A separate order of dismissal will be entered with this Memorandum and Order.

Dated this October 20th, 2026.

JOHN A. ROSS
UNITED STATES DISTRICT JUDGE